548 A.2d 251

**Robert L. BALSBAUGH and Patrick J. Dostick, Jr., and Lebanon Lodge 42, Fraternal Order of Police, Appellees,**

**v.**

**Nicholas ZECK, Now by Successor Harold McQUATE, Paul K. Fetter, and Daniel L. Leib, Now by Successor Glenn Wolgemuth, Supervisors of Heidelberg Township, Lebanon County, Pennsylvania, Appellants.**

Supreme Court of Pennsylvania.

Argued May 14, 1987.

Decided Oct. 17, 1988.

John D. Enck, Lebanon, for appellants.

David J. Brightbill, Lebanon, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## *ORDER*

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

Former Justice HUTCHINSON did not participate in the decision of this case.